IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JODI D. BOYKIN                                                                    PLAINTIFF

VERSUS                                        CIVIL ACTION NO. 3:05cv277-TSL-JCS

THE KROGER COMPANY                                                      DEFENDANT

## ORDER OF DISMISSAL

THE PARTIES having agreed to and announced to the Court a settlement of this case,

and the Court being desirous that this matter be finally closed on its docket,

IT IS, THEREFORE, ORDERED that this case is hereby DISMISSED WITH

PREJUDICE as to all parties.  If any party fails to consummate this settlement within thirty (30)

days, any aggrieved party may reopen the case for enforcement of the settlement agreement

within ten (10) days; and, if successful, all additional attorneys' fees and costs from this date

shall be awarded such aggrieved party or parties against the party failing to consummate the

agreement.

This settlement agreement constitutes a global release as to all claims and as to all parties

with prejudice.

SO ORDERED, this the 19th day of April, 2006.

/s/ James C. Sumner

_____
UNITED STATES MAGISTRATE JUDGE